

Littler Mendelson P.C.
900 Third Avenue
New York, NY 10022

Eli Z. Freedberg
212.583.2685 direct
212.583.9600 main
efreedberg@littler.com

June 24, 2025

**VIA ECF**

Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>Luis Victor v. Foot Locker Retail, Inc.</u>
Civil Action No. 24-cv-09909

Dear Judge Garnett:

  As you are aware, this firm has been retained to represent Defendant Foot Locker Retail, Inc. ("Defendant") in the above-referenced matter. The parties previously moved on March 25, 2025 to stay proceedings through June 24, 2025 to allow the parties an opportunity to explore early resolution of the matter. Counsel for the parties are continuing to explore early resolution of this matter. However, unexpected delays and difficulties in both retrieving and analyzing the relevant data have made it more difficult to anticipate for the parties to advance settlement negotiations. Therefore, the parties are requesting a 45-day extension of the stay because the parties are actively engaged in pre-discovery discussions about the merits of the case. The parties will provide an update to the Court regarding the status of these discussions no later than **August 8, 2025.**

  We thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ Eli Z. Freedberg

Eli Z. Freedberg

cc: Adam I. Green (via ECF)
Brian Schaffer (via ECF)
Hunter Benharris (via ECF)

---

GRANTED. The stay of proceedings is EXTENDED until August 8, 2025. The parties are directed to submit a status letter by no later than **August 8, 2025**.

SO ORDERED. Dated June 25, 2025.

*[signature]*

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

littler.com