UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS VICTOR, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　Plaintiff,<br><br>　　　　-against-<br><br>FOOT LOCKER RETAIL, INC.,<br><br>　　　　Defendant. | Case No. 1:24-CV-09909-MMG<br><br>**DEFENDANT'S RULE 68 OFFER OF JUDGMENT** |

　　　　Defendant Foot Locker Retail, Inc. ("Defendant" or "Foot Locker") by and through its attorneys, and pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby makes the following Offer of Judgment to Plaintiff Luis Victor ("Plaintiff") in full and final settlement of the Fair Labor Standard Act ("FLSA") claims arising out of or related to the facts and transactions alleged in the above-captioned action.

　　　　The terms and conditions of this Offer of Judgment are as follows:

　　　　1.　　That Judgment be entered in Plaintiff's favor in the above-captioned case for a total sum of Thirty Thousand Dollars and No Cents ($30,000.00).

　　　　2.　　This offer is made for the purposes of Rule 68 only, and neither it nor any judgment, resulting from this offer may be construed as an admission of liability or unlawful conduct by any Defendant.

　　　　3.　　This Offer of Judgment may be accepted, in writing, within fourteen (14) days of service. No verbal communications shall constitute an acceptance, rejection or counter-offer to this Offer of Judgment. If, within fourteen (14) days after being served, Plaintiff serves a written notice on Defendant accepting the offer, any party may then file the offer and written notice of acceptance, plus proof of service, so that the clerk may then enter judgment.

If Plaintiff does not accept the offer within fourteen (14) days, the offer shall be considered rejected and withdrawn.

4. Acceptance of the Offer of Judgment by Plaintiff shall be deemed to resolve all claims asserted by Plaintiff under the FLSA.

Dated: February 2, 2026
New York, New York

LITTLER MENDELSON, P.C.

By: _____
Eli Z. Freedberg, Bar No. 4175816
efreedberg@littler.com
Adam I. Green, Bar No. 0402677
agreen@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10032.3298
Telephone: (212) 583-9600
Facsimile: (212) 832-2719

Attorneys for Defendants Foot Locker Retail, Inc.