UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS VICTOR, individually, and on behalf of all others similarly situated,<br><br>      **Plaintiff,**<br><br>  -against-<br><br>FOOT LOCKER RETAIL, INC.,<br><br>      **Defendant.** | Case No.: 24 Civ. 9909 (MMG) |

**PROPOSED RULE 68 JUDGMENT**

  **WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Foot Locker Retail, Inc. ("Defendant"), offered to allow Plaintiff Luis Victor ("Plaintiff") to take a judgment against them, in the sum of Thirty Thousand Dollars ($30,000.00) inclusive of costs and attorney's fees with respect to Plaintiff's federal claims only under the Fair Labor Standards Act, as amended, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated February 2, 2026 and on February 3, 2026, Plaintiff's attorney confirmed Plaintiff's acceptance of Defendants' Offer of Judgment at Docket Number 25. It is ORDERED and ADJUDGED, that judgment is entered in favor of Plaintiff Luis Victor, in the sum of Thirty Thousand Dollars ($30,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated February 2, 2026.

                     _____
                     **MARGARET M. GARNETT**
                     **United States District Court**